**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Manuel Barrios , <br><br> Plaintiff(s), <br><br> v. <br><br> The City of Chicago, et al., <br><br> Defendant(s). | Case No. 15 cv 2648 <br> Judge Joan B. Gottschall |

## **ORDER**

Status Hearing set for 5/29/15 at 9:30 AM in Courtroom 2325. If, by the date of the scheduled status hearing, defendants have not been served, plaintiff should call the courtroom deputy (312-435-5641) and reset the status date. No status hearing should be held until the defendants have been served. Plaintiff is directed to advise the defendant of the status hearing forthwith. Pursuant to LR 5.2(f), a stapled and/or bound paper copy of all electronically filed documents, including the complaint, must be delivered to chambers (2356) within one business day of filing. Noncompliance with LR 5.2(f) will result in the imposition of a $200.00 fine payable to the Clerk of the Court, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge, and a proposed discovery plan. See Judge Gottschall's civil case management information regarding pretrial case management procedures at http://www.ilnd.uscourts.gov.

Date: 4/2/2015

/s/
U.S. District Judge, Joan B. Gottschall