AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Manuel Barrios, individually and as a
representative of all similarly situated persons,

CASE NUMBER: 15 cv 2648

V.

ASSIGNED JUDGE: Joan B. Gottschall

The City of Chicago, Garry F. McCarthy in his Official
Capacity as the Superintendent of the Chicago Police
Department, and Officer Mark Jaeger (Star 9974) in his
individual capacity

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

City of Chicago, c/o City Clerk, City Hall, 121 N. LaSalle Street, Room 107, Chicago,
Illinois 60602

*RECEIVED BY CITY CLERK'S OFFICE 2015 APR 13 PM 2:51 RECEIVED #5*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward R. Moor
Moor Law Office, P.C.
One North LaSalle Street, Suite 600
Chicago, Illinois 60602

Paul J. Lytle
Law Office of Paul J. Lytle, LLC
208 South Jefferson St., Suite 204
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



April 13, 2015

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 04/13/2015 |
| NAME OF SERVER *(PRINT)* Edward R. Moor | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **Nancy Nieminski, Clerk**
**City of Chicago Clerk, Room 107, City Hall, 121 North LaSalle Street, Chicago, IL 60602**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/13/15        [signature]
             Date            Signature of Server

**1 North LaSalle Street, Suite 600, Chicago, IL 60602**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.