AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Manuel Barrios, individually and as a representative of all similarly situated persons,

V.

The City of Chicago, Garry F. McCarthy in his Official Capacity as the Superintendent of the Chicago Police Department, and Officer Mark Jaeger (Star 9974) in his individual capacity

CASE NUMBER: 15 cv 2648

ASSIGNED JUDGE: Joan B. Gottschall

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Officer Mark Jaeger (Star 9974), 3510 S. Michigan Ave., Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward R. Moor
Moor Law Office, P.C.
One North LaSalle Street, Suite 600
Chicago, Illinois 60602

Paul J. Lytle
Law Office of Paul J. Lytle, LLC
208 South Jefferson St., Suite 204
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



April 13, 2015

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 04/13/2015 |
|---|---|
| NAME OF SERVER *(PRINT)* Edward R. Moor | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Vincent Caffo
Chicago Police Department Headquarters, 3510 South Michigan Avenue, Chicago, IL 60653

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-13-15
Date

[signature]
*Signature of Server*

1 North LaSalle Street, Suite 600, Chicago, IL 60602
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# NOTICE TO PROCESS SERVER

**Office of Legal Affairs**
**Chicago Police Department**

Case Caption & Docket Number: Barrios v. City, 15 C 2648

Received By: V. Caffo

Date & Time Received: 13 Apr. 15 2:10

Please be advised that the Chicago Police Department is not accepting service on behalf of any individual defendant(s) in the above-captioned matter but is receiving the documents in order to facilitate service upon the individual defendant(s) who are Chicago Police Officers. The Department will contact the individual officers to accept service. After the officer has accepted service, you will be notified through regular court procedures.

Edward Moef
Server's Name

Yeager + McCarthy

**CPD-12.139 (7/14)** **Distribution: Original (White) to Server, Copy (Yellow) to Office of Legal Affairs.**