STATE OF ILLINOIS )
                               )SS.
COUNTY OF COOK )

    I, ANDREA M. VALENCIA, City Clerk of the City of Chicago, in the County of Cook and State of Illinois, DO HEREBY CERTIFY that the annexed and foregoing is a true and correct copy of that certain order authorizing the Corporation Counsel to enter into and execute a Settlement agreement regarding case of *Manuel Barrios, Brandon Fuller, Savannah Washington v. The City of Chicago, cited as 15-CV-02648 (N.D. IL., J. Gottschall).*, which order was passed by the City Council of the City of Chicago at the regular meeting held on the twenty-second (22nd) day of July, 2020. Filed under Document Number Or2020-169.

    I DO FURTHER CERTIFY that the original, of which the foregoing is a true and correct copy is entrusted to my care for safekeeping, and that I am the lawful keeper of the same.

                                            IN WITNESS WHEREOF, I have hereunto set my hand and affixed the corporate seal of the said City of Chicago aforesaid, at the said City, in the County and State aforesaid, this twenty-second (22nd) day of July, 2020.

[T.P.]

*(signed)* Andrea M. Valencia
ANDREA M. VALENCIA, CITY CLERK

CHICAGO July 20, 2020

**To the President and Members of the City Council:**

**Your Committee on Finance having had under consideration** a proposed order authorizing the Corporation Counsel to enter into and execute a Settlement Order for the following case:

Manuel Barrios, Brandon Fuller, Savannah Washington v. The City of Chicago, cited as 15-cv-02648 (N.D. IL., J. Gottschall).

Amount: $4,950,000.00

**Having had the same under advisement, begs leave to report and recommend that your Honorable Body pass the proposed**

This recommendation was concurred in by the same vote used to establish quorum of members of the committee with _____0_____dissenting vote(s).

Respectfully submitted,

*Scott Waguespack* (signature)

(signed)_____

**Chairman**

Ordered, that the Corporation Counsel is hereby authorized and directed to enter into and execute a Settlement Agreement in the following matter:

**Manuel Barrios, Brandon Fuller, Savannah Washington v. The City of Chicago,** cited as 15-cv-02648 (N.D. IL., J. Gottschall), in the amount of **$4,950,000.00**