IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Manuel Barrios, Brandon Fuller, and Savannah Washington individually and as representatives of all similarly situated persons, | ) ) ) ) | No.: 15 cv 2648 |
| Plaintiffs, | ) ) | The Honorable Joan B. Gottschall |
| v. | ) ) | |
| The City of Chicago, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING**

To: Alan T. Slagel, Jonathan B. Amarilio, Anne Louise Yonover, Taft Stettinius & Hollister LLP, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 aslagel@taftlaw.com jamarilio@taftlaw.com ayonover@taftlaw.com

Tara D. Kennedy, City of Chicago Department of Law, 30 N. Lasalle Street, Suite 1230, Chicago, IL 60602 tara.kennedy@cityofchicago.org

**YOU ARE HEREBY NOTIFIED** that on July 24, 2020, Plaintiffs caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of the City of Chicago's ordinance approving proposed settlement, a copy of has been served upon you by the Court's ECF system.

Dated: July 24, 2020          By:     /s/ Edward R. Moor

Edward R. Moor
MOOR LAW OFFICE, P.C.
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
312-726-6207
erm@moorlaw.net

## **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

    I, Edward R. Moor, certify that on July 24, 2020, service of this Notice and the referenced documents was accomplished pursuant to ECF as to Filing Users and I also certify that I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                      /s/ Edward R. Moor