IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Manuel Barrios, Brandon Fuller, and Savannah Washington individually and as representatives of all similarly situated persons, | ) ) ) ) | No.: 15 cv 2648 |
| Plaintiffs, | ) ) | The Honorable Joan B. Gottschall |
| v. | ) ) ) | |
| The City of Chicago, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS AND SERVICE AWARDS**

Plaintiffs and Named Class Representatives, MANUEL BARRIOS, BRANDON FULLER, and SAVANNAH WASHINGTON, by counsel, Edward R. Moor and Paul J. Lytle, respectfully move this Court, on behalf of themselves and others similarly situated, for an award of attorney's fees, costs and service awards. In support of their motion Plaintiffs state as follows:

1. Plaintiffs' Counsel, namely, Edward R. Moor and Paul J. Lytle, have performed significant work in this case on behalf of the classes. A Settlement is now pending.

2. Moor Law Offices, P.C. and Lytle Law Group, LLC have advanced litigation costs for the prosecution of this matter.

3. The aforesaid Plaintiffs have dutifully served as Class Representatives in this matter, with no promise of relief or award for their service.

4. For the reasons set forth more fully in Plaintiffs' Plaintiffs' Memorandum in Support of Motion for Attorneys' Fees, Costs and Service Awards, incorporated herein, Plaintiffs' Counsel seek attorneys' fees, reimbursement of costs and service awards for the Class Representatives.

WHEREFORE, Plaintiffs MANUEL BARRIOS, BRANDON FULLER, and SAVANNAH WASHINGTON, by counsel, respectfully request that this Court direct the payment of attorney's fees consistent with the amounts set forth in Plaintiff's Memorandum of Law, reimbursement of costs consistent with the amounts provided in Plaintiff's Memorandum, and service awards in the amount of $5,000 each for each Class Representative. Plaintiffs further pray for any other relief that this Court deems just.

    Respectfully submitted,

    /s/Edward R. Moor
    Edward R. Moor, ARDC#6205169
    Moor Law Office, P.C.
    One North LaSalle Street, Suite 600
    Chicago, Illinois 60602
    erm@moorlaw.net

    Paul J. Lytle, ARDC #6311194
    The Lytle Law Group LLC
    1431 Opus Place, Suite 110
    Downers Grove, IL 60515
    paul@lytlemilan.com

    ***Attorneys for Plaintiffs and the Class***